# Third District Court of Appeal

## State of Florida

Opinion filed May 15, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1149
Lower Tribunal No. 20-5125
_____


**Barry Hochstein,**
Appellant,

vs.

**Susan Brown, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Barry Hochstein, in proper person.

Golden Glasko & Assoc., P.A., and William H. Glasko, for appellees.


Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d

1150, 1152 (Fla. 1979); <u>Motley v. Nanjappa</u>, No. 3D22-589, 2024 WL 1749888 (Fla. 3d DCA Apr. 24, 2024).